DOCKETED
FEB 15 2002

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 14 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 01 CR 930 |
| | ) | Violations: Title 18, United States Code, |
| MARK JOHN PFAFF | ) | Sections 2423(b) and 2422(b) |

**JUDGE HIBBLER**

**MAGISTRATE JUDGE NOLAN**

COUNT ONE

The SPECIAL MAY 2001 GRAND JURY charges:

On or about November 3, 2001, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARK PFAFF,

defendant herein, did travel in interstate commerce from Phoenixville, Pennsylvania, to Chicago, Illinois, with the intent and for the purpose of engaging in a sexual act, as defined by 18 U.S.C. § 2246, with "Tina," whom defendant believed to be a female minor who had not attained the age of 16, but who in fact was an undercover law enforcement agent, in violation of 18 U.S.C. § 2243(a);

In violation of Title 18, United States Code, Section 2423(b).

16

## COUNT TWO

The SPECIAL MAY 2001 GRAND JURY further charges:

Beginning on or about August 25, 2001, and continuing to on or about November 2, 2001, in the Northern District of Illinois, Eastern Division, and elsewhere,

## MARK PFAFF,

defendant herein, using a facility and means of interstate commerce, including interstate wire communications and an internet communications-services account, did knowingly attempt to persuade, induce, and entice "Tina," whom he believed to be a female minor who had not attained the age of 18 years, but who in fact was an undercover law enforcement officer, to engage in sexual activity for which the defendant could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

The SPECIAL MAY 2001 GRAND JURY further charges:

Beginning on or about May 3, 2001, and continuing to on or about August 25, 2001, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARK PFAFF,

defendant herein, using a facility and means of interstate commerce, and an internet communications-services account, did knowingly attempt to persuade, induce, and entice "Jessica," whom he believed to be a female minor who had not attained the age of 18 years, but who in fact was an undercover law enforcement officer, to engage in sexual activity for which the defendant could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_William J. Bond_
FOREPERSON

_Patrick J. Fitzgerald by ZK_
UNITED STATES ATTORNEY

3

01 CR 930

UNITED STATES DISTRICT COURT

Northern District of Illinois

Eastern Division

THE UNITED STATES OF AMERICA

vs.

MARK JOHN PFAFF

INDICTMENT

Violation: Title 18, United States Code, SS 2423(b) and 2422(b)

A true bill,

_____
Foreman

Filed in open court this _____ FEB 14 2002 day

of MICHAEL W. DOBBINS , A.D. 19

_____
Clerk

Bail, $ _____